**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7355**

HERBERT CHAVIS,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA; WILLIAM L. OSTEEN,
Judge; STATE OF NORTH CAROLINA; MICHAEL T.W.
BELL,

                                        Respondents - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Senior
District Judge.  (3:07-cv-00291)

Submitted:  January 17, 2008          Decided:  January 25, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Herbert Chavis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Chavis, a state prisoner, seeks to appeal the district court's orders construing his action filed under 42 U.S.C. § 1983 (2000) as a 28 U.S.C. § 2241 (2000) petition and denying the petition and Chavis' motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Chavis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED